IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KATHLEEN M. KLEBER,     Civil Division

     Plaintiff,     C.A. No.: 2:12-CV-00529

v.

PRESSLEY RIDGE SCHOOL FOR AUTISM,

     Defendant.

## NOTICE OF DISMISSAL OF PLAINTIFF'S CLAIM AGAINST DEFENDANT PRESSLEY RIDGE SCHOOL FOR AUTISM

AND NOW comes Plaintiff Kathleen M. Kleber, by and through her undersigned counsel, and the law firm of Levicoff, Silko & Deemer, P.C.; and pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) hereby voluntarily dismisses her claim against Defendant Pressley Ridge School for Autism.

SO ORDERED, this 9th day of November, 2012.

Hon. Gary L. Lancaster,
Chief U.S. District Judge

By: /s/ Christopher T. Sasada
Avrum Levicoff, Esquire
Pa. I.D. #: 26044
Christopher T. Sasada, Esquire
Pa. I.D. #: 309471
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15219
412-434-5200
ALevicoff@LSandD.net

*Counsel for Plaintiff,*
*Kathleen M. Kleber*

{L0493908.1}